Vincent J. Adams (SBN 249696)
**TESLA, INC.**
31353 Huntwood Avenue
Hayward, CA 94544
Telephone: (510) 951-1237
viadams@tesla.com

Attorney for Defendant
TESLA, INC.

Jeremy Sugerman (SBN 146315)
Terry M. Finck (SBN 325334)
**GORDON-CREED KELLEY**
**HOLL & SUGERMAN LLP**
50 California Street, 34th Floor
San Francisco, CA 94111
415-421-3100; Fax 415-421-3150

Attorneys for Plaintiff
STEVE SHAFFER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SHAFFER,<br><br>          Plaintiff,<br><br>     v.<br><br>TESLA, INC., CODY HULICK; and DOES 1-50.<br><br>          Defendants. | Case No. 4:25-cv-03856-HSG<br><br>**ORDER AS MODIFIED APPROVING STIPULATION TO ARBITRATE AND STAY PROCEEDINGS**<br><br>(*Removed from Alameda County Superior Court Action No. 25CV114794*)<br><br>State Court Action Filed:   March 6, 2025<br>FAC Complaint Filed:       March 28, 2025<br>Removal Date:              May 2, 2025 |

1

**ORDER AS MODIFIED APPROVING STIPULATION TO ARBITRATE AND STAY PROCEEDINGS**

Pursuant to the Stipulation entered into by Plaintiff STEVE SHAFFER ("Plaintiff") and Defendant TESLA, INC. ("Defendant") (collectively the "Parties"), by and through the Parties' counsel of record, and good cause appearing, it is hereby ordered:

1. Plaintiff's claims asserted in this action, and all issues arising in connection with the same, are properly subject to binding arbitration based upon the Arbitration Agreement entered into by Plaintiff and Defendant at the time of Plaintiff's hire;

2. The Court will order Plaintiff's claims asserted in this action to binding arbitration; and

3. The Court will stay this action and all matters and deadlines currently scheduled are taken off calendar pending the outcome of the arbitration.

4. The parties shall file status reports every 120 days regarding the status of the arbitration.

**IT IS SO ORDERED.**

Dated: 6/12/2025

Honorable Haywood S. Gilliam, Jr.